Certificate Number: 14424-PAE-DE-034082055

Bankruptcy Case Number: 20-10007



14424-PAE-DE-034082055

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>February 12, 2020</u>, at <u>8:19</u> o'clock <u>AM EST</u>, <u>Cherise Allen</u> completed a course on personal financial management given <u>by internet</u> by <u>Financial Education Services, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  February 12, 2020          By:  /s/Mabelyn  Ramirez

                                                      Name:  Mabelyn  Ramirez

                                                      Title:  Instructor