Certificate Number: 14424-PAE-DE-034082055

Bankruptcy Case Number: 20-10007



14424-PAE-DE-034082055

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 12, 2020, at 8:19 o'clock AM EST, Cherise Allen completed a course on personal financial management given by internet by Financial Education Services, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: February 12, 2020        By:    /s/Mabelyn Ramirez

                               Name:  Mabelyn Ramirez

                               Title: Instructor