# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 20-10007-MDC

CHERISE LYNETTE ALLEN

6411 NORTH 6TH STREET

PHILADELPHIA, PA 19126-

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    CHERISE LYNETTE ALLEN

    6411 NORTH 6TH STREET

    PHILADELPHIA, PA 19126-

Counsel for debtor(s), by electronic notice only.

    DAVID OFFEN ESQUIRE
    601 WALNUT ST., SUITE 160 WEST

    PHILADELPHIA, PA 19106-

Date: 8/17/2020

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee