UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                            :        CHAPTER 13

Cherese Lynette Allen             :        No 20-10007-MDC

**PRAECIPE TO WITHDRAW CLAIM 18 FILED BY DEBTOR'S COUNSEL**

Please withdraw claim number 18 filed by the debtor's counsel in the above captioned matter. The creditor has filed a superseding claim by filing claim number 19.

/s/ David M. Offen
David M. Offen, Esquire
Curtis Center, 1st Fl., Ste. 160 West
601 Walnut Street
Philadelphia, PA  19106
215-625-9600

Dated:  2/3/21