United States Bankruptcy Court

Eastern District of Pennsylvania

In re:

Cherise Lynette Allen

Cherise Lynette Allen

Debtors

Case No. 20-10007-mdc

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2

Date Rcvd: Feb 04, 2021

User: admin

Form ID: 155

Page 1 of 3

Total Noticed: 34

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 06, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Cherise Lynette Allen, MAILING ADDRESS, 6411 North 6th Street, Philadelphia, PA 19126-3806 |
| db | + | Cherise Lynette Allen, 1529 East Duval Street, Philadelphia, PA 19138-1103 |
| 14482315 | + | Accelerated Inventory Mgt, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Road, Tucson, AZ 85712-1097 |
| 14446921 | + | Aes/firsttrust Savin, Po Box 61047, Harrisburg, PA 17106-1047 |
| 14463697 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14446922 | + | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14528235 | + | Bayview Loan Servicing, LLC, C/O Rebecca A. Solarz, Esq., 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14448623 | + | Carrington Mortgage Services, LLC, c/o Kristen D. Little, Esq., 3600 Horizon Dr, Ste 150, King of Prussia, PA 19406-4702 |
| 14446928 | + | Cenlar, Attn: Bankruptcy, Po Box 77404, Ewing, NJ 08628-6404 |
| 14482307 | + | Collins Asset Group, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Road, Suite #200, Tucson, AZ 85712-1083 |
| 14556023 | + | Community Loan Servicing, LLC fka Bayview Loan Ser, 4425 Ponce De Leon Boulevard, 5th Floor, Coral Gables, FL 33146-1873 |
| 14516508 | | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 14481819 | + | Lakeview Loan Servicing, LLC, c/o Cenlar FSB, 425 Phillips Blvd., Ewing, NJ 08618-1430 |
| 14452587 | + | Lakeview Loan Servicing, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14446932 | + | LendingPoint LLC., Attn: Bankruptcy, 1201 Roberts Blvd Suite 200, Kennesaw, GA 30144-3612 |
| 14446933 | + | Oliphant Financial, 1800 Second Street, Suite 603, Sarasota, FL 34236-5990 |
| 14446934 | + | Orange Lake Resorts, Attn: Bankruptcy, 9271 South John Young Parkway, Orlando, FL 32819-8607 |
| 14459170 | + | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14465835 | + | Philadelphia Gas Works, 800 W Montgomery Avenue, Philadelphia Pa 19122-2898, Attn: Bankruptcy Dept 3Fl |
| 14446935 | + | Police & Fire Federal CU, Attn: Bankruptcy Dept, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 14463822 | + | Police and Fire Federal Credit Union, Greenwood One, 3333 Street Road, Bensalem, PA 19020-2022 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14509709 | | Email/Text: megan.harper@phila.gov | Feb 05 2021 02:38:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14446924 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Feb 05 2021 02:54:16 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14465140 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Feb 05 2021 03:05:47 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14446927 | + | Email/Text: BKBCNMAIL@carringtonms.com | Feb 05 2021 02:37:00 | Carrington Mortgage Services, Attn: Bankruptcy, Po Box 3730, Anaheim, CA 92803-3730 |
| 14469282 | + | Email/Text: BKBCNMAIL@carringtonms.com | Feb 05 2021 02:37:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5951 |
| 14448121 | + | Email/Text: BKBCNMAIL@carringtonms.com | Feb 05 2021 02:37:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Suite 200-A, Anaheim, CA 92806-5951 |
| 14446931 | + | Email/Text: bnc@bass-associates.com | Feb 05 2021 02:38:00 | Collins Asset Group, 5725 Highway 290 West, Suite 103, Po Box 91059, Austin, TX 78709-1059 |

District/off: 0313-2 | User: admin | Page 2 of 3
Date Rcvd: Feb 04, 2021 | Form ID: 155 | Total Noticed: 34

| 14517477 | + Email/Text: sbse.cio.bnc.mail@irs.gov | | |
| | | Feb 05 2021 02:37:00 | Internal Revenue Service, P O BOX 7346, Philadelphia PA 19101-7346 |
| 14446930 | Email/PDF: ais.chase.ebn@americaninfosource.com | | |
| | | Feb 05 2021 02:54:15 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 14454218 | Email/Text: RVSVCBICNOTICE1@state.pa.us | | |
| | | Feb 05 2021 02:38:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14446937 | + Email/Text: EBN_IndianapolisIMC@receivemorermp.com | | |
| | | Feb 05 2021 02:38:00 | Receivables Management Partners (RMP), Attn: Bankruptcy Dept, Po Box 349, Greensburg, IN 47240-0349 |
| 14446938 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Feb 05 2021 02:54:12 | Syncb/PPC, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14478035 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Feb 05 2021 03:05:09 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14469125 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14446923 | *+ | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14446925 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14446926 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14446929 | *+ | Cenlar, Attn: Bankruptcy, Po Box 77404, Ewing, NJ 08628-6404 |
| 14459171 | *+ | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14446936 | *+ | Police & Fire Federal CU, Attn: Bankruptcy Dept, 901 Arch Street, Philadelphia, PA 19107-2495 |

TOTAL: 0 Undeliverable, 7 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 06, 2021        Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 4, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHRISTOPHER A. DENARDO | |
| | on behalf of Creditor CARRINGTON MORTGAGE SERVICES  LLC pabk@logs.com, logsecf@logs.com |
| DAVID M. OFFEN | |
| | on behalf of Debtor Cherise Lynette Allen dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| KRISTEN D. LITTLE | |

|  |  |
|---|---|
|  | on behalf of Creditor CARRINGTON MORTGAGE SERVICES  LLC pabk@logs.com, klittle@logs.com;logsecf@logs.com |
| MICHAEL JOHN CLARK | on behalf of Creditor CARRINGTON MORTGAGE SERVICES  LLC mjclark@logs.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Lakeview Loan Servicing  LLC bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Community Loan Servicing  LLC bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor BAYVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com  philaecf@gmail.com |

TOTAL: 9

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

_____

In Re: Cherise Lynette Allen

Debtor(s)
Chapter: 13

Bankruptcy No: 20−10007−mdc

_____

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

AND NOW, this February 4, 2021 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:


A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

Magdeline D. Coleman
Chief Judge ,
United States Bankruptcy Court

50
Form 155