```
            IN THE UNITED STATES BANKRUPTCY COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA

     IN RE:                    :     CHAPTER 13
                               :
     Cherise Lynette Allen     :     No.  20-10007-MDC
            Debtor             :
```

ANSWER TO MOTION OF LAKEVIEW LOAN SERVICING, LLC
FOR RELIEF FROM THE AUTOMATIC STAY UNDER SECTION 362
AND
<u>CERTIFICATE OF SERVICE</u>

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Denied.

7. Denied.

8. Denied.

9. Denied.

10. No objection.

11. No response required.

WHEREFORE Debtor respectfully requests this Honorable Court deny Movant's Motion for Relief.

<u>/s/ David M. Offen</u>
David M. Offen
Attorney for Debtor

Dated: 03/02/2021

A copy of this Answer is being served on Rebecca A. Solarz, Esquire, and the Chapter 13 Trustee.

<u>/s/ David M. Offen</u>
David M. Offen
Attorney for Debtor