```
           IN THE UNITED STATES BANKRUPTCY COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

      IN RE:                  :     CHAPTER 13
                              :
      Cherise Lynette Allen   :     No.  20-10007-MDC
           Debtor             :
```

ANSWER TO MOTION OF COMMUNITY LOAN SERVICING, LLC f/k/a BAYVIEW LOAN SERVICING, LLCFOR RELIEF FROM THE AUTOMATIC STAY UNDER SECTION 362 AND CERTIFICATE OF SERVICE

1. Admitted.
2. Admitted.
3. Admitted.
4. Admitted.
5. Admitted.
6. Admitted that a lot of payments have been missed. Debtor is asking for a loan modification and is uncertain id the correct amount.
7. Admitted that a lot of payments have been missed. Debtor is asking for a loan modification and is uncertain id the correct amount.
8. Denied.
9. No objection and in fact requesting the same.
10. Admitted.

WHEREFORE Debtor respectfully requests this Honorable Court deny Movant's Motion for Relief.

/s/ David M. Offen
David M. Offen
Attorney for Debtor

Dated: 03/02/2021

A copy of this Answer is being served on Denise Carlon, Esquire, and the Chapter 13 Trustee.

/s/ David M. Offen
David M. Offen
Attorney for Debtor