### *UNITED STATES BANKRUPTCY COURT*
### *EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Cherise Lynette Allen
   Debtor(s)

Case No: 20−10007−mdc

Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

*rescheduled *
Motion to Modify Plan Filed by Cherise Lynette Allen, Cherise Lynette Allen Represented by DAVID M. OFFEN

on: 3/3/22

at: 11:00 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  1/13/22

Timothy B. McGrath
Clerk of Court