# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Cherise Lynette Allen
<u>                    Debtor(s)</u>

Lakeview Loan Servicing, LLC
<u>                    Movant</u>

vs.

Cherise Lynette Allen
<u>                    Debtor(s)</u>

and William C. Miller Esq.
<u>                    Trustee</u>

Chapter 13

NO. 20-10007 MDC

## ORDER

AND NOW, this 20th day of April 2022 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved on *November 16, 2021* it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow Lakeview Loan Servicing, LLC and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 6411 North 6th Street Philadelphia, PA 19126.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

Magdeline D. Coleman
Chief U.S. Bankruptcy Judge