# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                                  Chapter 13

                                                  Bankruptcy No. 20-10007-MDC

CHERISE LYNETTE ALLEN

6411 NORTH 6TH STREET

PHILADELPHIA, PA 19126-

      Debtor

## CERTIFICATE OF SERVICE

      **AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

     CHERISE LYNETTE ALLEN

     6411 NORTH 6TH STREET

     PHILADELPHIA, PA 19126-

Counsel for debtor(s), by electronic notice only.

     DAVID OFFEN ESQUIRE
     601 WALNUT ST., SUITE 160 WEST

     PHILADELPHIA, PA 19106-

                                                    /S/ Kenneth E. West

Date: 2/2/2023                               _____

                                                    Kenneth E. West, Esquire
                                                    Chapter 13 Standing Trustee