**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                          Chapter 13
CHERISE LYNETTE ALLEN

                  Debtor        Bankruptcy No. 20-10007-MDC

# O R D E R

　　　AND NOW, this _____ day of _____, 202_, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby ORDERED that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

　　　IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

3/7/2023      *Magdeline D. Coleman*
_____
　Honorable Magdeline D. Coleman
Chief Bankruptcy Judge

Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA  19107

Debtor's Attorney:
DAVID OFFEN ESQUIRE
601 WALNUT ST., SUITE 160 WEST

PHILADELPHIA, PA 19106-

Debtor:
CHERISE LYNETTE ALLEN

6411 NORTH 6TH STREET

PHILADELPHIA, PA 19126-