United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 20-10007-mdc

Cherise Lynette Allen     Chapter 13

Cherise Lynette Allen

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Mar 08, 2023 | Form ID: pdf900 | Total Noticed: 43 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 10, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Cherise Lynette Allen, MAILING ADDRESS, 6411 North 6th Street, Philadelphia, PA 19126-3806 |
| db | + | Cherise Lynette Allen, 1529 East Duval Street, Philadelphia, PA 19138-1103 |
| 14446921 | + | Aes/firsttrust Savin, Po Box 61047, Harrisburg, PA 17106-1047 |
| 14528235 | + | Bayview Loan Servicing, LLC, C/O Rebecca A. Solarz, Esq., 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14448623 | + | Carrington Mortgage Services, LLC, c/o Kristen D. Little, Esq., 3600 Horizon Drive, Ste 150, King of Prussia, PA 19406-4702 |
| 14452587 | + | Lakeview Loan Servicing, LLC, C/O Rebecca Solarz, Esq, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14677238 | + | Lakeview Loan Servicing, LLC, C/O Andrew Spivack, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Suite 130 Mount Laurel, NJ 08054-1218 |
| 14446933 | + | Oliphant Financial, 1800 Second Street, Suite 603, Sarasota, FL 34236-5990 |
| 14446934 | + | Orange Lake Resorts, Attn: Bankruptcy, 9271 South John Young Parkway, Orlando, FL 32819-8607 |
| 14465835 | + | Philadelphia Gas Works, 800 W Montgomery Avenue, Philadelphia Pa 19122-2898, Attn: Bankruptcy Dept 3Fl |
| 14446935 | + | Police & Fire Federal CU, Attn: Bankruptcy Dept, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 14463822 | + | Police and Fire Federal Credit Union, Greenwood One, 3333 Street Road, Bensalem, PA 19020-2022 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Mar 09 2023 00:02:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 09 2023 00:02:56 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | | Email/Text: BKBCNMAIL@carringtonms.com | Mar 09 2023 00:01:00 | Wilmington Savings Fund society, FSB, As Trustee o, 1600 South Douglass Road Ste 110,, PMB 200A, Anaheim, CA 92806-5951 |
| 14482315 | + | Email/Text: bnc@bass-associates.com | Mar 09 2023 00:01:00 | Accelerated Inventory Mgt, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Road, Tucson, AZ 85712-1097 |
| 14463697 | | Email/PDF: bncnotices@becket-lee.com | Mar 09 2023 00:17:13 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14446922 | + | Email/PDF: bncnotices@becket-lee.com | Mar 09 2023 00:17:07 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14446928 | | Email/Text: BKelectronicnotices@cenlar.com | Mar 09 2023 00:01:00 | Cenlar, Attn: Bankruptcy, Po Box 77404, Ewing, NJ 08628 |
| 14509709 | | Email/Text: megan.harper@phila.gov | Mar 09 2023 00:02:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14446924 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |

| Recipient ID | Type | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Mar 09 2023 00:03:27 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14465140 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 09 2023 00:03:11 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14446927 | + | Email/Text: BKBCNMAIL@carringtonms.com | Mar 09 2023 00:01:00 | Carrington Mortgage Services, Attn: Bankruptcy, Po Box 3730, Anaheim, CA 92803-3730 |
| 14469282 | + | Email/Text: BKBCNMAIL@carringtonms.com | Mar 09 2023 00:01:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |
| 14448121 | + | Email/Text: BKBCNMAIL@carringtonms.com | Mar 09 2023 00:01:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Suite 200-A, Anaheim, CA 92806-5948 |
| 14446931 | + | Email/Text: bnc@bass-associates.com | Mar 09 2023 00:02:00 | Collins Asset Group, 5725 Highway 290 West, Suite 103, Po Box 91059, Austin, TX 78709-1059 |
| 14482307 | + | Email/Text: bnc@bass-associates.com | Mar 09 2023 00:01:00 | Collins Asset Group, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Road, Suite #200, Tucson, AZ 85712-1083 |
| 14556023 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 09 2023 00:01:00 | Community Loan Servicing, LLC fka Bayview Loan Ser, 4425 Ponce De Leon Boulevard, 5th Floor, Coral Gables, FL 33146-1839 |
| 14516508 | | Email/Text: ECMCBKNotices@ecmc.org | Mar 09 2023 00:01:00 | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 14517477 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 09 2023 00:01:00 | Internal Revenue Service, P O BOX 7346, Philadelphia PA 19101-7346 |
| 14446930 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 09 2023 00:03:27 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 14678755 | ^ | MEBN | Mar 08 2023 23:58:29 | Lakeview Loan Servicing, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14481819 | + | Email/Text: BKelectronicnotices@cenlar.com | Mar 09 2023 00:01:00 | Lakeview Loan Servicing, LLC, c/o Cenlar FSB, 425 Phillips Blvd., Ewing, NJ 08618-1430 |
| 14446932 | ^ | MEBN | Mar 08 2023 23:58:25 | LendingPoint LLC., Attn: Bankruptcy, 1201 Roberts Blvd Suite 200, Kennesaw, GA 30144-3612 |
| 14677239 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 09 2023 00:01:00 | Mr. Cooper, 8950 Cypress Waters Boulevard, Coppell, Texas 75019-4620 |
| 14680737 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 09 2023 00:01:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, Bankruptcy Department, PO Box 619096, Dallas, TX 75261-9096 |
| 14459170 | + | Email/Text: bncnotifications@pheaa.org | Mar 09 2023 00:01:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14710300 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 09 2023 00:02:55 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14454218 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 09 2023 00:01:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14446935 | + | Email/Text: bankruptcy1@pffcu.org | Mar 09 2023 00:01:00 | Police & Fire Federal CU, Attn: Bankruptcy Dept, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 14463822 | + | Email/Text: bankruptcy1@pffcu.org | Mar 09 2023 00:01:00 | Police and Fire Federal Credit Union, Greenwood One, 3333 Street Road, Bensalem, PA 19020-2022 |
| 14446937 | + | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | Mar 09 2023 00:02:00 | Receivables Management Partners (RMP), Attn: Bankruptcy Dept, Po Box 349, Greensburg, IN 47240-0349 |
| 14446938 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 09 2023 00:03:11 | Syncb/PPC, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Mar 08, 2023 | Form ID: pdf900 | Total Noticed: 43 |

| 14478035 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 09 2023 00:03:26 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14733901 | + | Email/Text: BKBCNMAIL@carringtonms.com | Mar 09 2023 00:01:00 | Wilmington Savings Fund society, FSB, 1600 South Douglass Road Ste 110,, PMB 200A, Anaheim, CA 92806-5951 |

TOTAL: 33

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Wilmington Savings Fund Society, FSB, as trustee o |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | * | ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| 14469125 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14446923 | *+ | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14446929 | *P++ | CENLAR FSB, 425 PHILLIPS BLVD, EWING NJ 08618-1430, address filed with court:, Cenlar, Attn: Bankruptcy, Po Box 77404, Ewing, NJ 08628 |
| 14446925 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14446926 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14459171 | *+ | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14446936 | *+ | Police & Fire Federal CU, Attn: Bankruptcy Dept, 901 Arch Street, Philadelphia, PA 19107-2495 |

TOTAL: 1 Undeliverable, 9 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 10, 2023         Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 8, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor Lakeview Loan Servicing  LLC andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor BAYVIEW LOAN SERVICING  LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Lakeview Loan Servicing  LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Community Loan Servicing  LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| CHRISTOPHER A. DENARDO | on behalf of Creditor CARRINGTON MORTGAGE SERVICES  LLC logsecf@logs.com |
| DAVID M. OFFEN | on behalf of Debtor Cherise Lynette Allen dmo160west@gmail.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Mar 08, 2023 | Form ID: pdf900 | Total Noticed: 43 |

davidoffenecf@gmail.com;offendr83598@notify.bestcase.com

DENISE ELIZABETH CARLON
    on behalf of Creditor Community Loan Servicing  LLC bkgroup@kmllawgroup.com

KENNETH E. WEST
    ecfemails@ph13trustee.com  philaecf@gmail.com

KRISTEN D. LITTLE
    on behalf of Creditor CARRINGTON MORTGAGE SERVICES  LLC kdlittleecf@gmail.com

MICHAEL JOHN CLARK
    on behalf of Creditor CARRINGTON MORTGAGE SERVICES  LLC mclark@squirelaw.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 11

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Chapter 13
CHERISE LYNETTE ALLEN

Debtor  Bankruptcy No. 20-10007-MDC

# ORDER

**AND NOW**, this _____ day of _____, 202\_, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

3/7/2023   _____
Honorable Magdeline D. Coleman
Chief Bankruptcy Judge

Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA  19107

Debtor's Attorney:
DAVID OFFEN ESQUIRE
601 WALNUT ST., SUITE 160 WEST

PHILADELPHIA, PA 19106-

Debtor:
CHERISE LYNETTE ALLEN

6411 NORTH 6TH STREET

PHILADELPHIA, PA 19126-