**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**


| | | |
|---|---|---|
| **IN RE:** | : | **CHAPTER 13** |
| | : | |
| **Cherise Lynette Allen** | : | **No. 20-10007-mdc** |
| **Debtor** | : | |


**NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE**


Debtor, by her attorney, David M. Offen, has filed a Motion to Vacate the Dismissal Order.

Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)

1. If you do not want the Court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before **March 31, 2023,** you or your attorney must do all of the following:

(a)   file an answer explaining your position at:
      Office of the Clerk
      U.S. Bankruptcy Court
      Suite 400
      900 Market Street
      Philadelphia, PA  19107

If you mail your answer to the Bankruptcy Clerks office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

(b) mail a copy to the Movant's Attorney:
      David M. Offen, Esquire
      Suite 160 West, The Curtis Center
      601 Walnut Street
      Philadelphia, PA  19106

      Kenneth E. West, Esquire
      Chapter 13 Standing Trustee
      P.O. Box 40837
      Philadelphia, PA 19107

2.  If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an Order granting the relief requested in the Motion.

3.   A hearing on the Motion is scheduled to be held before
the Honorable Magdeline D. Coleman, Chief United States
Bankruptcy Judge, on **April 20, 2023** at **11:00 AM in Courtroom #2**,
United States Bankruptcy Court, 900 Market Street, 2nd Floor.

4.   If a copy of the motion is not enclosed, a copy of the
motion will be provided to you if you request a copy from the
attorney named in paragraph 1(b).

5.   You may contact the Bankruptcy Clerk's office at 215-
408-2800 to find out whether the hearing has been cancelled
because no one filed an answer.