IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| Cherise Lynette Allen | : | No. 20-10007-MDC |
| Debtor | | |

**PRAECIPE TO WITHDRAW**

Pursuant to the above-captioned matter, kindly withdraw the Motion to Vacate, Document No. 119, filed on 03/16/2023.

/s/ David M. Offen
David M. Offen, Esquire
The Curtis Center
601 Walnut Street
, 1st Fl., Ste. 160 W
Philadelphia, PA  19106
215-625-9600

Dated: 04/20/2023